IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INFORM INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC; GOOGLE INC.; ALPHABET INC.; YOUTUBE, LLC; YOUTUBE, INC.; and JOHN DOES 1-100; <br><br> Defendants. | Civil Action No. 1:19-cv-05362-JPB |

## JOINT MOTION TO SUSPEND CASE PLANNING DEADLINES

The Parties jointly move for an order to suspend the case planning and discovery deadlines of Fed. R. Civ. P. 26, L. R. 16, and L.R. 26 until the resolution of the pending Rule 12 Motion to Dismiss.  (Doc. 16.)  The Parties respectfully submit that good cause exists for these requests as follows:

1. On November 25, 2019, Plaintiff filed its Complaint.  (Doc. 1.)

2. The Court granted the Parties' joint motion for extensions pertaining to Defendants'[1] Rule 12 response on December 16, 2019.  (Doc. 9.)  Per the

---

[1] "Defendants" refers to Google LLC (formerly Google Inc.), Alphabet Inc., and YouTube, LLC (formerly YouTube, Inc.).

1

Court's Order, Defendants' Rule 12 response was due **January 22, 2020.** Plaintiff's reply in opposition is due on **March 11, 2020** and Defendants' sur-reply in support is due **April 6, 2020**.

3. Defendants filed their Rule 12 Motion to Dismiss on January 22, 2020. (Doc. 16.)

4. Per the Local Rules, the Parties are required to exchange their Fed. R. Civ. P. 26 initial disclosures and submit a Joint Preliminary Report and Discovery Plan within thirty days following "the appearance of a defendant by answer or motion."  L.R. 16.1.  L.R. 26.1.

5. The thirtieth day following Defendants' Rule 12 Motion to Dismiss is Friday, February 21, 2020.

6. The Parties respectfully submit that these deadlines should be suspended and discovery stayed until the Court has an opportunity to rule on the pending Motion to Dismiss in order to preserve the resources of the Parties and the Court.  Plaintiff reserves the right to move the Court at any time and for any reason to seek to lift this stay.

7. The Parties have attached a proposed order to this Motion for the Court's convenience.

Respectfully submitted this 21st day of February, 2020.

| | |
|---|---|
| */s/ John C. Herman* | */s/Brian M. Underwood, Jr.* |
| HERMAN JONES LLP | BRYAN CAVE LEIGHTON |
| John C. Herman (Ga. Bar 348370) | PAISNER LLP |
| Peter M. Jones (Ga. Bar 402620) | Eric P. Schroeder (Ga. Bar 629880) |
| Carlton R. Jones (Ga. Bar 940540) | Brian M. Underwood, Jr. (Ga. Bar 804091) |
| 3424 Peachtree Road, N.E., Ste. 1650 | One Atlantic Center, 14th Floor |
| Atlanta, Georgia 30326 | 1201 West Peachtree Street, NW |
| Telephone: (404) 504-6500 | Atlanta, Georgia 30309 |
| Fax: (404) 504-6501 | Telephone:  404-572-6600 |
| jherman@hermanjones.com | Facsimile:   404-572-6999 |
| pjones@hermanjones.com | eric.schroeder@bclplaw.com |
| cjones@hermanjones.com | brian.underwood@bclplaw.com |

Serina M. Vash*
153 Central Ave. #131
Westfield, NJ 07090
Telephone: (404) 504-6516
Fax: (404) 504-6501
svash@hermanjones.com

*Admitted* pro hac vice

*Counsel for Plaintiff*

WILLIAMS & CONNOLLY LLP
John E. Schmidtlein*
Carol J. Pruski*
Kimberly Brocker*
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
cpruski@wc.com
kbroecker@wc.com
*Admitted* pro hac vice

*Counsel for Defendants Google LLC, Alphabet Inc., and YouTube, LLC*

## Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing pleading has been prepared with Century Schoolbook font, 13 point, one of the font and point selections approved by the Court in L.R. 5.1, N.D. Ga.

This 21st day of February, 2020.

>  */s/Brian M. Underwood, Jr.*
> Brian M. Underwood, Jr.
> Ga. Bar 804091

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 21st day of February, 2020.

>  */s/Brian M. Underwood, Jr.*
> Brian M. Underwood, Jr.
> Ga. Bar 804091